UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

McKINNEY SALVAGE, LLC           CIVIL ACTION

VERSUS

RIGID CONSTRUCTORS, LLC         JUDGE

                                MAGISTRATE JUDGE

## **COMPLAINT**

The Complaint of McKinney Salvage, LLC against Rigid Constructors, LLC, in a cause of breach of maritime contract, respectfully represents as follows:

1.

This is an admiralty and maritime claim within the meaning of 28 U.S.C. §1333, Rule 9 (h) of the Federal Rules of Civil Procedure.

2.

Plaintiff, McKinney Salvage, LLC ("McKinney"), was and is a limited liability company duly organized and existing under and by virtue of the laws of the State of Louisiana and authorized to do and doing business within the State of Louisiana and the venue and jurisdiction of this Court.

3.

At all times material hereto, Defendant, Rigid Constructors, LLC ("Rigid"), was and is a limited liability company duly organized and existing under and by virtue of the laws of the State of Louisiana and authorized to do and doing business within the State of Louisiana and the venue and jurisdiction of this Court.

4.

At all times material hereto, Rigid was the owner and/or owner *pro hac vice* of the Barge AMBITION ("AMBITION") and the crane ("E-Crane") and other equipment situated thereon (collectively "Equipment") which was caused to sink on or about June 15, 2022.

5.

On or about July 14, 2022, Rigid contracted with McKinney to provide salvage services to Rigid to raise and recover Barge AMBITION, the E-Crane and Equipment pursuant to a certain written agreement ("Salvage Agreement" – attached hereto as "Exhibit A").

6.

The Salvage Agreement expressly provided that McKinney's rates and charges for the salvage services would be $110,000.00 per day inclusive of McKinney's derrick, subcontracted lift boat, diving expenses and a crew boat. Rigid further accepted responsibility for additional charges at cost-plus 20% related to McKinney's provision of a receiver barge, and other rental equipment and materials not specifically identified in the Salvage Agreement.  Rigid agreed to pay McKinney for post-salvage rental barge charges at cost-plus 20%. In addition to the forgoing, Rigid agreed to pay McKinney for the pre-salvage survey services of Leviathan Offshore, LLC and support vessel M/V LEVIATHAN 1.

7.

On or about August 8, 2022, McKinney commenced operations in connection with the salvage services requested by Rigid and continued working up to and including October 17, 2022.

8.

Consistent with the terms of the Salvage Agreement, McKinney is entitled to full payment from Rigid for its salvage services and expenses consistent with the provisions of the Salvage Agreement.

9.

During the performance and following the completion of salvage services, McKinney issued and sent to Rigid a series of invoices (attached *in globo* as *Exhibit B*) totaling $8,755,833.27 representing all sums due and owing as of December 31, 2022 (excluding interest).

10.

To date, Rigid has refused and/or failed to pay McKinney the unpaid contract balance of $9,076,885.53 despite repeated amicable demand.

11.

The Salvage Agreement provides that, in the event Rigid failed to pay the sums due McKinney, Rigid shall pay interest on the unpaid balance at the rate of one and one-half per cent (1½%) per month from date of invoice until full payment.

12.

The Salvage Agreement further provides that McKinney is entitled to recover reasonable costs and attorney fees incurred in the enforcement of the Salvage Agreement. Thus, McKinney is entitled to recover all attorney fees and costs incurred in the prosecution of this suit against Rigid.

13.

Rigid has breached its contractual and legal obligations to McKinney. Accordingly, McKinney is entitled to judgment against Rigid in the amount of $9,076,885.53, plus interest, costs and attorney's fees. McKinney reserves the right to supplement and amend this damage figure as ongoing and further expenses and obligations may accrue.

WHEREFORE, plaintiff, McKinney Salvage, LLC, prays that process in due form issue against defendant, Rigid Constructors LLC, citing it to appear and answer this Complaint and that, after due proceedings had, there be judgment in favor of McKinney Salvage, LLC and against Rigid Constructors, LLC in the sum of $9,076,885.53, plus additional accruing expenses interest, costs and attorney's fees.

McKinney Salvage, LLC further prays for such other general and equitable relief as this Honorable Court deems proper.

Respectfully submitted:

*s/André J. Mouledoux*
ANDRÉ J. MOULEDOUX (#9778)
DAN J. HOERNER (#21706)
TREVOR M. CUTAIAR (#33083)
Mouledoux, Bland, Legrand & Brackett
701 Poydras Street, Suite 600
New Orleans, LA  70139
Telephone:   504-595-3000
Facsimile:   504-522-2121
E-Mail:       amouledoux@mblb.com
              dhoerner@mblb.com
              tcutaiar@mblb.com
Attorneys for McKinney Salvage, LLC