## LAEDdb_InterDistrictTransfer_LAED

| | |
|---|---|
| **From:** | Reply@lawd.uscourts.gov |
| **Sent:** | Friday, January 26, 2024 4:43 PM |
| **To:** | LAEDdb_InterDistrictTransfer_LAED |
| **Subject:** | Transferred case has been opened |

CASE: 2:23-cv-05129

DETAILS: Case transferred from Louisiana Eastern has been opened in Western District of Louisiana as case 2:24-cv-00111, filed 01/26/2024.